**United States Bankruptcy Court**
**Northern District Of Illinois**
**Western Division**

Page   1

| In RE: | KIP J. BORDEAU | JANELLE M. BORDEAU | Case Number | 1/24/2012 |
|---|---|---|---|---|
| | 7414 CHIPPEWA DRIVE | | **11-82798  MB** | |
| | WONDER LAKE IL 60097 | | SS #:   xxx-xx-2087    xxx-xx-3741 | |

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | **Creditor** | **Address** | **Date Filed** | **Amount Filed** | **Amt To Pay** | **Int Rate** | **Class** | **% to be Paid** |
|---|---|---|---|---|---|---|---|---|
| 000-0 | BOHLMAN LAW OFFICES, P.C. 780 MCARDLE DRIVE  SUITE F | ATTORNEY ERICK BOHLMAN 6224222 CRYSTAL LAKE,IL 60014- | 11/09/2011 | 3,500.00 | 3,500.00 Paid Direct (1,325.00) | 0.00 | Legal | 100.00 |
| 001-0 | ALLY FINANCIAL | PO BOX 78367 PHOENIX,AZ 85062- | 06/27/2011 | 12,854.31 | 12,845.31 | 0.00 | Secured | 100.00 |
| 001-1 | ALLY FINANCIAL | PO BOX 78367 PHOENIX,AZ 85062- | 06/27/2011 | 0.00 | 9.00 | 0.00 | Unsecured | 100.00 |
| 002-0 | CITIZENS BANK | 101 N WASHINGTON SAGINAW,MI 48607- | 07/20/2011 | 6,764.54 | 6,764.54 | 5.00 | Secured | 100.00 |
| 003-0 | EVERHOME MORTGAGE COMPANY ATTN: HSG CASH DEPARTMENT | 8100 NATIONS WAY JACKSONVILLE,FL 32256- | 08/08/2011 | 570.17 | 570.17 | 0.00 | Secured | 100.00 |
| 004-0 | US BANK NA PO BOX 5229 | BANKRUPTCY DEPARTMENT CINCINNATI,OH 45201-5229 | 09/19/2011 | 12,662.14 | 12,662.14 | 4.00 | Secured | 100.00 |
| 005-0 | AMERICAN EXPRESS CENTURION BAN PO BOX 3001 | % BECKETT & LEE LLP MALVERN,PA 19355-0701 | 08/03/2011 | 2,529.02 | 2,529.02 | 0.00 | Unsecured | 100.00 |
| 006-0 | LVNV FUNDING LLC PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES GREENVILLE,SC 29603-0587 | 08/25/2011 | 5,900.60 | 5,900.60 | 0.00 | Unsecured | 100.00 |
| 007-0 | PRA RECEIVABLES MANAGEMENT, LL PO BOX 12914 | AS AGENT OF PORTFOLIO RECOVERY NORFOLK,VA 23541- | 06/24/2011 | 8,463.41 | 8,463.41 | 0.00 | Unsecured | 100.00 |
| 009-0 | CACH, LLC 4340 S MONACO STREET  2ND FLOOR | SQUARE TWO FINANCIAL DENVER,CO 80237- | 08/18/2011 | 638.46 | 638.46 | 0.00 | Unsecured | 100.00 |
| 014-0 | DISCOVER BANK PO BOX 3025 | DB SERVICING CORPORATION NEW ALBANY,NY 43054-3025 | 06/27/2011 | 2,623.99 | 2,623.99 | 0.00 | Unsecured | 100.00 |
| 015-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914 NORFOLK,VA 23541- | 09/06/2011 | 1,026.40 | 1,026.40 | 0.00 | Unsecured | 100.00 |
| 016-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914 NORFOLK,VA 23541- | 09/15/2011 | 5,187.16 | 5,187.16 | 0.00 | Unsecured | 100.00 |
| 019-0 | NCO FINANCIAL SYSTEMS, INC | PO BOX 4275 NORCROSS,GA 30091- | 06/30/2011 | 1,776.74 | 1,776.74 | 0.00 | Unsecured | 100.00 |
| 020-0 | COLLEGE ACCESS NETWOK | 3015 SOUTH PARKER ROAD  SUITE AURORA,CO 80014- | 07/20/2011 | 15,802.88 | 15,802.88 | 0.00 | Unsecured | 100.00 |
| 028-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914 NORFOLK,VA 23541- | 09/06/2011 | 3,696.44 | 3,696.44 | 0.00 | Unsecured | 100.00 |
| 030-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914 NORFOLK,VA 23541- | 09/17/2011 | 3,911.96 | 3,911.96 | 0.00 | Unsecured | 100.00 |
| 031-0 | GRANITE RECOVERY LLC 25 SE 2ND AVENUE  SUITE 1120 | % RECOVERY MANAGEMENT SYSTEMS MIAMI,FL 33131-1605 | 08/31/2011 | 1,347.94 | 1,347.94 | 0.00 | Unsecured | 100.00 |
| 032-0 | WORLD FINANCIAL NETWORK NATION PO BOX 788 | C/O QUANTUM3 GROUP LLC KIRKLAND,WA 98083-0788 | 08/04/2011 | 454.11 | 454.11 | 0.00 | Unsecured | 100.00 |
| 033-0 | ASSET ACCEPTANCE POBOX 2036 | assignee HELZBERG DIAMONDS/HSB WARREN,MI 48090- | 07/29/2011 | 1,189.38 | 1,189.38 | 0.00 | Unsecured | 100.00 |

**United States Bankruptcy Court**
**Northern District Of Illinois**
**Western Division**

Page   2

| In RE: | KIP J. BORDEAU | JANELLE M. BORDEAU | Case Number | 1/24/2012 |
|---|---|---|---|---|
| | 7414 CHIPPEWA DRIVE | | **11-82798  MB** | |
| | WONDER LAKE IL 60097 | | SS #:   xxx-xx-2087   xxx-xx-3741 | |

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
-----------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on _____        By _____